UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 07-334 (JNE/JJG)

UNITED STATES OF AMERICA,　　)
　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　)　　AMENDED
v.　　　　　　　　　　　　　　)　　FINAL ORDER
　　　　　　　　　　　　　　　)　　OF FORFEITURE
RORY D. MADSEN,　　　　　　　)
　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　)

WHEREAS, on May 15, 2008, this Court entered a Preliminary Order of Forfeiture forfeiting the following property to the United States pursuant to 21 U.S.C. § 853(a):

a. a Ruger GP 100 .357 handgun with serial number 173-88614;

b. 19 live rounds of ammunition and 7 12-gauge rounds of ammunition; and

c. $2,500.00 in U.S. currency recovered from the defendant on or about September 13, 2006;

WHEREAS, on May 20, 2008, May 27, 2008, and June 3, 2008, the plaintiff published notice of the forfeiture of the above-described property in *Finance and Commerce*, Minneapolis, Minnesota, providing notice of the United States' intention to dispose of the above-described property in accordance with law, and of the right of third parties to petition the Court within 30 days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the above-described property;

WHEREAS, the plaintiff also posted notice of the forfeiture of the above-described property on an official government internet

site (www.forfeiture.gov) for 30 consecutive days, providing notice of the plaintiff's intention to dispose of the property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first publication date for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. all right, title and interest in the following property is forfeited to and vested in the United States of America pursuant to 21 U.S.C. § 853(a):

   a. a Ruger GP 100 .357 handgun with serial number 173-88614;
   b. 19 live rounds of ammunition and 7 12-gauge rounds of ammunition; and
   c. $2,500.00 in U.S. currency recovered from the defendant on or about September 13, 2006.

2. the United States Marshals Service shall dispose of the above-described property in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 3, 2009  
s/ Joan N. Ericksen  
JOAN N. ERICKSEN, Judge  
United States District Court